United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 22-11130-elf
Sadie Smith                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: May 31, 2022      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sadie Smith, 6515 North 7th St, Philadelphia, PA 19126-3818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 01 2022 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:50:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sadie Smith brad@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 4 |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

JILL MANUEL-COUGHLIN

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

LILY CHRISTINA CALKINS

on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTG logsecf@logs.com, lcalkins@logs.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Sadie Smith | : | Chapter 13 |
| | : | Case No.: 22-11130-ELF |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this \_\_\_31st\_\_\_ day of \_\_\_May_____, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

**ORDERED** that the Motion that is **GRANTED**, and the Debtor is given an extension to file all required documents with the Court on or before **May 31, 2022**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**